1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    FRANK RAMIREZ ESPINOZA,                    Case No.  22-cv-08987-HSG
8                     Plaintiff,                **ORDER OF DISMISSAL**
9           v.
10   L. MARTINEZ, et al.,
11                    Defendants.
12
13         On December 20, 2022, the Court docketed an unsigned document received from Plaintiff,
14   titled "Complaint under the Civil Rights Act, 42 U.S.C. § 1983 (Injunction and Prospective 'TRO'
15   Requested) Demand for a Jury Trial," with a caption naming certain Correctional Training Facility
16   correctional officers as defendants.  Dkt. No. 1.  The body of the document is the certificate of
17   funds statement.  Dkt. No. 1.  Because Plaintiff sought relief from this Court, the Court opened an
18   action pursuant to this filing.
19         That same day, the Court informed Plaintiff that the action was deficient because he had
20   not attached a complaint to his document, instructed him to file a complaint on the complaint form
21   within twenty-eight days, and sent him a blank complaint form.  Dkt. No. 3.  The deadline to file a
22   complaint has passed and Plaintiff has not filed the required documents and has not communicated
23   with the Court.
24         Accordingly, this action is DISMISSED for failure to file a complaint.  The dismissal is
25   without prejudice to Plaintiff filing a motion to reopen the action.  Any motion to reopen must be
26   accompanied by a signed complaint on the proper form.
27   //
28   //

*United States District Court*
*Northern District of California*

1    The Clerk shall enter judgment against Plaintiff, terminate all pending motions as moot,

2    and close the case.

3        **IT IS SO ORDERED.**

4    Dated:  2/7/2023

5

6        HAYWOOD S. GILLIAM, JR.
         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California