UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RAMIREZ ESPINOZA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>L. MARTINEZ, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-08987-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUGED.**

Dated: 2/7/2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge